UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OCT 12 2023 PM 2:52
FILED - USDC - FLMD - TPA

UNITED STATES OF AMERICA

v.

CASE NO. 8:23cr364 JSM-SPF

18 U.S.C. § 1343

GINA WYBEL

## INDICTMENT

The Grand Jury charges:

### COUNTS ONE THROUGH THREE
(Wire Fraud)

#### A. Introduction

At times material to this Indictment:

1.  Company #1 was a telecommunications company providing secure network services in Tampa, Florida. Company #1 maintained a business bank account at Financial Institution #1.

2.  GINA WYBEL, a resident of Tampa, Florida, served as director of finance and controller of Company #1, which gave her access to Company #1's financial and bank accounts. WYBEL abused her position by embezzling Company #1's funds to pay her credit card bills and otherwise for her own personal enrichment.

3. Financial Institution #1, headquartered in Pennsylvania, had computer servers used for processing financial transactions, which servers were located outside the State of Florida.

4. Financial Institution #2, headquartered in New York, had computer servers used for processing financial transactions, which were servers were located outside the State of Florida.

## B. Scheme and Artifice

3. From at least as early as in or around October 2018, through in or around February 2021, in the Middle District of Florida and elsewhere, the defendant,

GINA WYBEL,

did knowingly and intentionally devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises about material facts.

## C. Manner and Means of the Scheme and Artifice

4. The manner and means by which the defendant sought to accomplish the scheme and artifice, included, among others, the following:

    a. It was part of the scheme and artifice that the defendant, working as the director of finance and controller of Company #1, would and did cause Company #1 to pay for personal expenditures incurred by the defendant on her personal credit card.

2

b. It was further a part of the scheme and artifice that the defendant would and did conceal and cause to be concealed the unauthorized payments by executing the payments to her personal credit card without approval from any other Company #1 employee.

c. It was further a part of the scheme and artifice that the defendant would and did conceal and cause to be concealed the unauthorized payments to her personal credit card by falsely and fraudulently recording the payments as credit card transaction fees, accounts receivable, and other items in Company #1's books.

d. It was further a part of the scheme and artifice that, after being confronted by Company #1 about the payments, the defendant would and did reclassify and cause to be reclassified several of the unauthorized payments to the defendant's personal credit card in order to further conceal her fraudulent scheme.

e. It was further a part of the scheme and artifice that the defendant would and did misrepresent, conceal and hide, and cause to be misrepresented, concealed and hidden, acts performed in furtherance of the scheme.

### D. Execution of the Scheme and Artifice

5. On or about the date set forth in each count below, in the Middle District of Florida and elsewhere, the defendant,

GINA WYBEL,

knowingly and intentionally executed the aforesaid scheme and artifice, by transmitting and causing to be transmitted, by means of wire and radio

3

communications in interstate and foreign commerce, the writings, signs, signals, pictures, and sounds detailed below:

| Count | Date | Description of Wire Communication |
|---|---|---|
| One | 10-26-2018 | Defendant caused a wire transfer in the amount of $8,622.26 from Company #1's account ending in -4523 at Financial Institution #1 to defendant's credit card account ending in -6007 at Financial Institution #2 |
| Two | 10-21-2019 | Defendant caused a wire transfer in the amount of $7,409.79 from Company #1's account ending in -4523 at Financial Institution #1 to defendant's credit card account ending in -6007 at Financial Institution #2 |
| Three | 2-24-2021 | Defendant caused a wire transfer in the amount of $6,149.20 from Company #1's account ending in -4523 at Financial Institution #1 to defendant's credit card account ending in -7005 at Financial Institution #2 |

In violation of 18 U.S.C § 1343.

## FORFEITURE

1.      The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of any or all of the violations alleged in Counts One through Three of this Indictment, in violation of 18 U.S.C. § 1343, the defendant,

GINA WYBEL,

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of at least $433,847.30, representing the proceeds of the violations.

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: Candace Garcia Rich
Assistant United States Attorney

By: Rachelle DesVaux Bedke
Assistant United States Attorney
Chief, Economic Crimes Section

FORM OBD-34
October 23

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

GINA WYBEL

## INDICTMENT

Violations: 18 U.S.C. § 1343

A true bill,

_____
Foreperson

Filed in open court this 12th day of October 2023.

_____
Clerk

Bail $_____

GPO 863 525